# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-14-CAR-CHW-5 |
| | : | |
| **SHABAZZ LARRY GUIDRY.** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER ON MOTION TO CONTINUE

Before the Court is Defendant Shabazz Larry Guidry's Motion to Continue [Doc. 121] the trial of this case, last continued to the Court's March 13, 2023 term.

On June 15, 2022, the Grand Jury returned a multi-count indictment against Defendants Philmon DeShawn Chambers, Andrea Paige Browner, Leslie Chappell Green, Robert Maurice Carlisle, and Shabazz Larry Guidry. Count One charges all Defendants with Racketeer Influenced Corrupt Organizations Act ("RICO") Conspiracy; Count Two charges Chambers and Browner with Violent Crime in Aid of Racketeering-Murder; Count Three charges Chambers and Browner with Carrying, Using, and Discharging a Firearm in Furtherance of a Crime of Violence; and Count Four charges Chambers and Browner with Causing the Death of Another Through Use of a Firearm. Each Defendant is detained pending trial, and the Court declared this case complex on August 16, 2022 [Doc. 84].

In the Motion at bar, Defense Counsel represents additional time is needed to review discovery and prepare a defense. Having considered the matter, the Court finds it serves the ends of justice to grant this request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation could result in a miscarriage of justice.

Thus, Defendant's Motion to Continue Trial [Doc. 121] is **GRANTED**, and **IT IS HEREBY ORDERED** that the case be continued until the April 3, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 2nd day of March, 2023.

    s/ C. Ashley Royal_____
    C. ASHLEY ROYAL, SENIOR JUDGE
    UNITED STATES DISTRICT COURT